**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
QUILLA MAURICE BANKS,

                Plaintiff,                23 **CIVIL** 10136 (DEH)(SLC)

      -v-                                        **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated January 30, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings.

**Dated:**  New York, New York
         January 30, 2024

                                                      **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                **BY:**              K. Mango

                                                       **Deputy Clerk**